■ In the Matter of Yusuf O'Neal, Appellant, v Anthony Schembri, as Commissioner of the New York City Department of Correction, et al., Respondents. [622 NYS2d 32] —Judgment, Supreme Court, New York County (Beatrice Shainswit, J.) entered April 29, 1993, which dismissed the probationary officer's petition for reinstatement or, in the alternative, an evidentiary or name-clearing hearing, unanimously affirmed, without costs.

Petitioner's bald assertions of bad faith do not entitle him to an evidentiary hearing into the facts surrounding his termination *(see, D'Aiuto v Department of Water Resources,* 51 AD2d 700, 701). Indeed, the record amply demonstrates a good faith

basis for petitioner's termination. We also note that petitioner is not entitled to a name-clearing hearing because the termination reasons were neither stigmatizing, nor publicly disseminated *(see, Matter of Lentlie v Egan,* 61 NY2d 874). Concur—Wallach, J. P., Rubin, Kupferman and Tom, JJ.